IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANNET JAIMES )<br> )<br>  Plaintiff, )<br>v. )<br> )<br>TITLEMAX OF GEORGIA, INC. )<br> )<br>  Defendant. )<br> )<br>_____ ) | Civil Action No.<br><br>1:16-cv-00681-AT<br><br>JURY TRIAL DEMANDED |

NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(i), and all other applicable law, hereby files this Notice dismissing the above styled action.

Respectfully submitted, this 10th day of March, 2016

/s/ V. Severin Roberts
V. Severin Roberts
Georgia Bar No. 940504
*severin@bf-llp.com*
Barrett & Farahany
1100 Peachtree Street, Suite 500
Atlanta, Georgia  30309
404-214-0120, fax 404-214-0125